UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK

KAHANAWITA LIYANGE DON INDIKA
MANARANGA and GAMINI
SAMARASINGHE, individually and in behalf
of all other persons similarly situated,

Plaintiffs,

–against–

H & S AUTO REPAIR CENTER INC. and
HUMAIR M. SHAIKH, jointly and severally,

Defendants.

16 CV 2360 (JBW) (JO)

**STIPULATION WAIVING OBJECTIONS TO REPORT AND RECOMMENDATION**

It is hereby stipulated by and between the parties that the parties mutually waive their objections to the September 28, 2017, report and recommendation.

LAW OFFICE OF JUSTIN A. ZELLER, P.C.

By: _____
Brandon D. Sherr
bsherr@zellerlegal.com
Justin A. Zeller
jazeller@zellerlegal.com
277 Broadway, Suite 408
New York, N.Y. 10007-2036
Telephone: (212) 229-2249
Facsimile: (212) 229-2246
**ATTORNEYS FOR PLAINTIFFS**

Dated: New York, New York
September 29, 2017

*The September 28, 2017 report and recommendations of the magistrate judge are adopted as the court's order. So ordered.*

*[signature] 10/10/17*

1

Dated: New York, New York

October 5, 2017

LAW OFFICES OF NOLAN KLEIN, P.A.

By: *Valerie K. Ferrier*
Valerié K. Ferrier
ferrier@nklegal.com
Nolan K. Klein
klein@nklegal.com
39 BROADWAY SUITE 2250
NEW YORK, NY 10006
Telephone: (646) 560-3230
Facsimile: (877) 253-1691
**ATTORNEYS FOR DEFENDANTS**